IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MARYAM ASLANI, )
    Plaintiff, )
    v. ) Case No. 1:16-cv-01343 (GBL/TCB)
KATHLEEN KASHIMA, )
    Defendant. )

## ORDER

For the reasons stated in open court, plaintiff's Motion for Default Judgment [Dkt. No. 7] is DENIED and plaintiff's counsel's Motion to Withdraw as Counsel of Record [Dkt. No. 25] is GRANTED.

As for the plaintiff's objections to the Report and Recommendation ("Report"), for the reasons stated in open court, the Court finds that plaintiff's objections [Dkt. No. 17] are without merit and that the magistrate judge correctly found that defendant was not properly served, this court lacks personal jurisdiction over the defendant, and that venue in this district is improper. Accordingly, the Report [Dkt. No. 15] is AFFIRMED in all respects except that given the tragic allegations in plaintiff's complaint, rather than accepting the recommendation that the complaint be dismissed, it is hereby

ORDERED that this civil action be and is transferred to the United States District Court for the Northern District of Illinois, Eastern Division, where plaintiff previously filed a related complaint.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 25th day of January, 2017

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema  for Judge Lee
United States District Judge